**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-53071-jrs |
| NATIONWIDE DRYWALL, INC., ) | |
| ) | CHAPTER 7 |
|    Debtor . ) | |
| _____ ) | |
| TAMARA MILES OGIER as Chapter 7 ) | |
| Trustee, ) | |
| ) | |
|    Plaintiff, ) | ADVERSARY PROCEEDING |
| ) | NO. 15-5097 |
| v. ) | |
| ) | |
| L & W SUPPLY CORPORATION, AND ) | |
| L & W SUPPLY CORPORATION D/B/A ) | |
| BUILDING SPECIALTIES ) | |
| ) | |
|    Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tamara Miles Ogier as Trustee (the "Trustee") L&W Supply Corporation and L&W Supply Corporation d/b/a Building Specialties (the "Defendants") jointly file this Joint Stipulation of Dismissal with Prejudice pursuant to Fed.R.Bankr.P. 7041 and Fed.R.Civ.P. 41, each stipulating and agreeing as follows:

1. On February 12, 2015, the Trustee initiated the present adversary proceeding against the Defendant by filing with the Court a complaint seeking to avoid and recover certain transfers pursuant to 11 U.S.C. §§ 547, 550 and 551 (the "Present Action").

2. On August 13, 2015, an Order was entered granting the Trustee's motion for approval of compromise and settlement with the Defendant to settle the Present Action.

3. The terms of the approved compromise and settlement provide, among other things, that the Defendant would pay $9,000.00 to the Trustee.

4. The Trustee is in receipt of the funds owed by the Defendant.

5. Therefore, based on the receipt of the funds and the approval of the compromise, the Trustee and the Defendant, pursuant to Fed.R.Civ.P. 41(a) made applicable to this proceeding by Fed.R.Bankr.P. 7041, file this joint stipulation of dismissal with prejudice for the purpose of dismissing the above-styled adversary proceeding with prejudice.

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By:  /s/ Allen Rosenfeld
       Allen Rosenfeld
       Georgia Bar No. 614451
       Attorneys for Tamara Miles Ogier as Chapter 7 Trustee

170 Mitchell Street, SW
Atlanta, Georgia 30303-3424
(404) 525-4000
apr@orratl.com

**--**and--

LYLE & LEVINE LLC

By:  /s/ John B. Lyle *
       John B. Lyle
       Georgia Bar No. 461760
       Counsel for Defendants

274 Washington Avenue
Marietta, GA 30060
(770) 421-9400
jlyle@lylelevine.com

* By Allen Rosenfeld with express permission

**CERTIFICATE OF SERVICE**

This is to certify that on April 14, 2016 a true and correct copy of the within and foregoing Joint Stipulation of Dismissal with Prejudice was served upon the following by hand delivery:

John B. Lyle
LYLE & LEVINE LLC
274 Washington Avenue
Marietta, GA 30060

        OGIER, ROTHSCHILD & ROSENFELD, P.C.

        By: /s/ *Allen Rosenfeld*
            Allen Rosenfeld
            Georgia Bar No. 614451
            Attorneys for Tamara Miles Ogier as Chapter 7 Trustee

170 Mitchell Street, SW
Atlanta, Georgia 30303-3424
(404) 525-4000
apr@orratl.com